United States District Court
Southern District of Texas
**ENTERED**
July 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

NATHAN CHARLES HUNT,        §
                            §
        Plaintiff,          §
VS.                         §        CIVIL ACTION NO. 3:22-CV-182
                            §
PRESIDENT JOE BIDEN'S       §
ADMINISTRATION,             §
        Defendant.          §
                            §
                            §

## ORDER OF DISMISSAL

On July 7, 2022, the plaintiffs filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 7.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 27th day of July, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE